# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127507

BRIDGET HOWARD,
      Plaintiff-Appellant,

v

LUCIA ZAMORANO, M.D., HARPER
HOSPITAL, DETROIT MEDICAL
CENTER, and UNIVERSITY
NEUROLOGICAL ASSOCIATES, P.C.,
      Defendants-Appellees,

and

JOHN R. JACOBS, M.D. and JOHN
RACHEL, M.D.,
      Defendants.
_____/

SC: 127507
COA: 244610
Wayne CC: 00-016152-NH

      By order of July 19, 2005, the application for leave to appeal the October 14, 2004 judgment of the Court of Appeals was held in abeyance pending the decision in *Woodard v Custer* (Docket Nos. 124994-5). On order of the Court, the case having been decided on July 31, 2006, 476 Mich 545 (2006), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2006

Clerk

d1025